# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150773(75)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIE C. BASSETT, JR.,
      Defendant-Appellant.

_____/

SC: 150773
COA: 315568
Wayne CC: 11-011915-FC

      On order of the Court, the motion for reconsideration of this Court's September 9, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2016



Clerk

d0125